GOLDSTEIN v. EMPIRE STATE SURETY CO. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Nathan Goldstein against the Empire State Surety Company. With this case have been consolidated in this court cases bearing titles as follows: S. Morrill Banner v. Rock Island

Improvement Company (two cases); Matthew Crowley v. Jacob Meurer; Martha E. Baum v. Isidor Harris; Mary A. Morton v. Matthias Kull; Sarah E. Lodewick v. Ernest A. Turner (two cases); Harry Schramm v. Fuller-Burr Company; Frank M. Howe v. Mary Regensburg. No opinions. Applications denied, with $10 costs in each case. Orders signed.